AO91 (Rev. 12/03)   Criminal Complaint                                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | Case Number: 7:12-po-06324 |

Abel MELO-Lazaro
IAE A205 647 741
Mexico 1991

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 22, 2012** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Abel MELO-Lazaro was encountered by Border Patrol Agents near Hidalgo, Texas on October 22, 2012. When questioned as to his citizenship, defendant stated that he was a citizen and national of the United Mexican States, who had entered the United States illegally on October 22, 2012, by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/ De La Garza, Alma L.  Border Patrol Agent
Signature of Complainant

De La Garza, Alma L.   Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 23, 2012                                                                  at   McAllen, Texas
Date                                                                                            City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge            Title of Judge                                      Signature of Judge