UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

    Plaintiff

v.      Case No.: 7:12–po–06324
    Magistrate Judge Peter E. Ormsby

Abel Melo–Lazaro

    Defendant

## JUDGMENT

On **10/23/12**, the defendant appeared in person and with counsel.

Whereupon the defendant entered a plea of guilty to the offense of knowingly and unlawfully entering the United States at a place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1), as charged in the Complaint; and the Court having found that the defendant is mentally competent, that the defendant's plea is voluntary and that there is a factual basis for the plea;

IT IS ADJUDGED that the defendant is guilty as charged and convicted.

IT IS ADJUDGED that a term of imprisonment of **time served and a special assessment of $10.00 are hereby imposed.**

DONE at McAllen, Texas, on **10/23/12**.

_____
Peter E. Ormsby
United States Magistrate Judge